UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

20 cr 229 MSD/BRT

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| v. | 18 U.S.C. § 924(d)(1) |
| | 28 U.S.C. § 2461(c) |
| DEMETRIUS DEMARCO SPENCER, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about July 22, 2020, in the State and District of Minnesota, the defendant,

**DEMETRIUS DEMARCO SPENCER,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely,

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Felon in Possession of a Firearm | Ramsey County, MN | December 15, 2000 |
| Felon in Possession of a Firearm | Hennepin County, MN | July 31, 2003 |
| First Degree Aggravated Robbery | Hennepin County, MN | September 11, 2007 |
| Third Degree Assault | Hennepin County, MN | September 12, 2007 |
| Felon in Possession of a Firearm | Federal District of Minnesota | September 4, 2013 |



SCANNED
OCT 20 2020
U.S. DISTRICT COURT MPLS

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Third Degree Controlled Substance Possession | Ramsey County, MN | August 6, 2019 |

and knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Kahr model PM9, 9mm semi-automatic handgun, bearing serial number VB4135, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant,

**DEMETRIUS DEMARCO SPENCER,**

shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with each such violation including, but not limited to, a Kahr model PM9, 9mm semi-automatic handgun, bearing serial number VB4135, and all ammunition seized therewith, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY                FOREPERSON